UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

MINDY SUE DODD ]
    Petitioner, ]
 ]
v. ] No. 3:08-0468
 ] Judge Trauger
JEWEL STEELE, WARDEN ]
    Respondent. ]

### O R D E R

The Court has before it a *pro se* prisoner petition (Docket Entry No. 11) under 28 U.S.C. § 2254, for writ of habeas corpus, and the respondent's Answer (Docket Entry No. 25) to the petition.

In accordance with the Memorandum contemporaneously entered, the Court finds that the petitioner's petition lacks merit. Accordingly, the petition for writ of habeas corpus is DENIED and this action is hereby DISMISSED. Rule 8(a), Rules -- § 2254 Cases.

Should the petitioner file a timely notice of appeal from this order, such notice shall be treated as an application for a certificate of appealability, 28 U.S.C. § 2253(c), which will NOT issue because she has failed to make a substantial showing of the denial of a constitutional right..

It is so ORDERED.

                                                 _____
                                                 Aleta A. Trauger
                                                 United States District Judge